# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

| | |
|---|---|
| **Maria Virginia PILATAXI-CORO; Lionel Alexander Quisay-Pilataxi,** | |
| Petitioners, | Case File No. |
| v. | Immigration File Nos.: |
| **Pamela BONDI, Attorney General,** | A 241-806-112<br>A 241-806-113 |
| Respondent. | **PETITION FOR REVIEW** |

Petitioners, Maria Virginia Pilataxi-Coro and Lionel Alexander Quisay-Pilataxi, hereby petition this Court for review of a final order of removal entered by the Board of Immigration Appeals on August 14, 2025.

To date, no court has upheld the validity of this order.

Jurisdiction is asserted pursuant to 8 U.S.C. § 1252(a)(1).

Venue is proper under 8 U.S.C. § 1252(b)(2) because the Immigration Judge completed proceedings in New York, New York.

This petition is timely filed under 8 U.S.C. § 1252(b)(1), as it is filed within thirty days of the final order of removal.

Dated: September 8, 2025                                     Respectfully submitted,

                                                              /s/ Cassandra Esteban Brusi
                                                             *Attorney for Petitioner*